

THE CITY OF NEW YORK

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

FEB 26 2008

**BRADFORD C. PATRICK**
*Assistant Corporation Counsel*
Tel: (212) 788-1575
Fax: (212) 788-9776

February 25, 2008

BY HAND
Honorable Michael H. Dolinger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: Reid v. City of New York, et al., 07 CV 9788 (PAC)(MHD)

Dear Judge Dolinger:

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney for defendants City of New York ("City") and the New York City Police Department ("NYPD") in the above-referenced matter.[1] I am writing to respectfully request a sixty-day enlargement of time, from February 25, 2008 to April 28, 2008, within which defendants City and NYPD may answer or otherwise respond to the complaint. I write directly to the Court because plaintiff is currently incarcerated and proceeding pro se in this matter. No previous request for an extension has been made by defendants.

    The complaint alleges, inter alia, that plaintiff was subjected to excessive force. Before this office can adequately respond to the complaint, we will need to conduct an investigation into the facts of the case. The enlargement of time will afford us the opportunity to investigate the matter.

    In view of the foregoing, it is respectfully requested that the Court grant the within request extending defendants City and NYPD's time to answer or otherwise respond to the complaint until April 28, 2008.

ENDORSED ORDER
Application granted
[signature]
2/26/08

---
[1] Defendants respectfully submit that the NYPD is a non-suable entity.

Thank you for your consideration in this regard.

Respectfully submitted,

Bradford C. Patrick
Assistant Corporation Counsel
Special Federal Litigation Division

cc:  BY MAIL
Darrius Reid, #241-07-13328
Plaintiff Pro Se
North Infirmary Command
15-00 Hazen St.
East Elmhurst, NY 11370