U.S. DISTRICT COURT
FILED

JAN X 3 2008

S.D. OF N.Y.

J.H.

PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Darrius Reid

_____

_(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)_

07 Civ. 9788 ( ) ( )    PAC

-against-

New York City
New York Police Dept
5 John Doe Police officers
From 14th Dct

**APPLICATION FOR THE COURT
TO REQUEST COUNSEL**

_(In the space above enter the full name(s) of the defendant(s)/respondent(s).)_

1.    Name of applicant.    Darrius    Reid    2/28/08

2.    Explain why you feel you need a lawyer in this case.  (Use additional paper if necessary)

I am legally Blind

3.    Explain what steps you have taken to find an attorney and with what results.  (Use additional paper if necessary)

I am incercerated in
a medical ANNeX and They have
very Limited resources

4.    If you need a lawyer who speaks in a language other than English, state what language you speak:

_____

5.    I understand that if a lawyer volunteers to represent me and my lawyer learns that I can afford to pay for a lawyer, the lawyer may give this information to the Court.

6.    I understand that if my answers on my Request to Proceed _In Forma Pauperis_ are false, my case may be dismissed.

7.    **I declare under penalty of perjury that the foregoing is true and correct.**

Dated:    12/14/07

_____
Darrius Reid
_Signature_

ENDORSED
ORDER

Rev. 05/2007

M/USMJ
2/27/08

This application is denied without prejudice
as premature. We cannot grant the relief
requested without first determining that there is
some potential merit to plaintiff's case. We
cannot do so before defendants answer and
some discovery takes place.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Darrius Reid
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

07 Civ.9788 PAC ( ) ( )

-against-

New York City
New York Police Dept
5 John Doe Police officers
_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

**REQUEST TO PROCEED**
***IN FORMA PAUPERIS***
**FOR APPLICATION FOR THE**
**COURT TO REQUEST COUNSEL**

I, Darrius Reid, *(print or type your name)* am the plaintiff/petitioner in the
above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay
fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said
proceeding or to give security therefor, and that I believe I am entitled to redress.

1.      If you are presently employed:
            a) give the name and address of your employer
            b) state the amount of your earnings per month

                                    NO
_____
_____

2.      If you are NOT PRESENTLY EMPLOYED:
            a) state the date of start and termination of your last employment
            b) state your earnings per month
        **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

                        Disabled
_____

3.      Have you received, within the past twelve months, any money from any source? If so, name the
        source and the amount of money you received.

        stopped due To incarceration
_____

        a) Are you receiving any public benefits?        ☑ No.    ☐ Yes, $_____.

        b) Do you receive any income from any other source?   ☑ No.    ☐ Yes, $_____.

*Rev. 05/2007*                                            2

4. Do you have any money, including any money in a checking or savings account? If so, how much?

   ☑ No.        ☐ Yes, $_____.

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☑ No.        ☐ Yes, _____.

6. Do you pay for rent or for a mortgage? If so, how much each month?

   ☐ No.        ☐ Yes, $_____.

7. List the person(s) that you pay money to support and the amount you pay each month.

   N/A

8. State any special financial circumstances which the Court should consider.

   I am incarcerated and legally Blind

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this  14  day of  December, 2007.
          *date*           *month*      *year*

                        Marius Reid
                              *Signature*

LITIGATION OVERVIEW

JURISDICTION AND VENUE

ACTION IN THIS COURT