



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

BRADFORD C. PATRICK
*Assistant Corporation Counsel*
Tel.: (212) 788-1575
Fax: (212) 788-9776

May 28, 2008

BY HAND
Honorable Michael H. Dolinger
United States Magistrate Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

   Re: Reid v. City of New York, et al., 07 CV 9788 (PAC)(MHD)

Dear Magistrate Judge Dolinger:

   I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney for defendants the City of New York ("City") and the New York City Police Department ("NYPD") in the above-referenced action.[1] I am writing to respectfully request that Your Honor endorse the briefing schedule set forth below for defendants' motion to dismiss the complaint with prejudice for plaintiff's failure to prosecute this action pursuant to Fed. R. Civ. P. 41(b). I write directly to the Court because this office does not have current contact information for plaintiff, who is proceeding pro se in this matter.

   As Your Honor may recall, by letter dated May 22, 2008, defendants requested that the Court dismiss this action for plaintiff's failure to prosecute this matter. By Endorsement dated May 23, 2008, Your Honor directed defendants to file a formal motion if they wished to seek dismissal of the complaint. In response to the Court's Order, defendants respectfully request that Your Honor endorse the following briefing schedule for defendants' motion to dismiss the complaint pursuant to Fed. R. Civ. P. 41(b): motion due by June 18, 2008; opposition papers, if any, due by July 16, 2008; reply papers, if any, due by July 30, 2008. In addition, defendants respectfully request that their time to answer or otherwise respond to the complaint be stayed pending the disposition of defendants' motion.

---

[1] Defendants respectfully submit that NYPD is not a suable entity.

ENDORSED ORDER

Application granted.

*[signature]*
USMJ
5/29/08

Thank you for your consideration in this regard.

                Respectfully submitted,

                Bradford C. Patrick
                Assistant Corporation Counsel
                Special Federal Litigation Division

CC:   BY MAIL (Address of Record)
       Darrius Reid, #241-07-13328
       Plaintiff Pro Se
       Northern Infirmary Command
       15-00 Hazen St.
       East Elmhurst, NY 11370

       BY MAIL (Address Obtained from CCRB)
       Darrius Reid
       Plaintiff Pro Se
       427 Baltic St., Apt. 4E
       Brooklyn, NY 11217