UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DARRIUS REID,

                                  Plaintiff,

     -against-

NEW YORK CITY, NEW YORK POLICE DEPT, 5
JOHN DOE POLICE OFFICERS FROM 14TH
PRECINCT,

                                  Defendants.

------------------------------------------------------------------------ x

**NOTICE OF MOTION**

07 CV 9788 (PAC)(MHD)

      **PLEASE TAKE NOTICE** that upon the annexed memorandum of law dated June 18, 2008, the declaration of Bradford C. Patrick dated June 18, 2008, the exhibits attached thereto, and upon all the prior pleadings and proceedings had herein, defendants the City of New York and New York City Police Department will move this Court before the Honorable Michael H. Dolinger, United States Magistrate Judge, at the United States Courthouse for the Southern District Court of New York, located at 500 Pearl Street, New York, New York 10007, on a date to be set by the Court, for an Order pursuant to Rule 37(b)(2) and 41(b) of the Federal Rules of Civil Procedure, dismissing plaintiff Darrius Reid's complaint against the defendants, with prejudice, and for such other and further relief as this Court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE,** that opposition papers, if any, shall be served on the undersigned or before July 16, 2008.

      **PLEASE TAKE FURTHER NOTICE** that reply papers, if any, shall be served on or before July 30, 2008.

Dated:     New York, New York
            June 18, 2008

                                 Michael A. Cardozo
                                 Corporation Counsel of the
                                 City of New York
                                 Attorney for Defendants City of New York and
                                 New York City Police Department
                                 100 Church Street
                                 New York, New York 10007
                                 (212) 788-1575

               By: _____
                                 Bradford C. Patrick
                                 Assistant Corporation Counsel
                                 Special Federal Litigation Division


To:     BY MAIL (Address of Record)
        Darrius Reid, #241-07-13328
        Plaintiff Pro Se
        Northern Infirmary Command
        15-00 Hazen St.
        East Elmhurst, NY 11370

        BY MAIL (Address Obtained from CCRB)
        Darrius Reid
        Plaintiff Pro Se
        427 Baltic St., Apt. 4E
        Brooklyn, NY 11217

## DECLARATION OF SERVICE

I, Bradford C. Patrick declare, pursuant to 28 U.S.C. § 1746, under the penalty of perjury that on **June 18, 2008** I served the annexed **Notice of Motion** and **Declaration of Bradford C. Patrick in Support of Defendants' Motion to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 37(b)(2) and 41(b)** upon the following individual by depositing a copy of the same, enclosed in a first class postpaid properly addressed wrapper, in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to the said plaintiff pro se at the address set forth herein, being the address designated by said plaintiff for that purpose, to wit:

        Darrius Reid, #241-07-13328
        Plaintiff Pro Se
        Northern Infirmary Command
        15-00 Hazen St.
        East Elmhurst, NY 11370

        Darrius Reid
        Plaintiff Pro Se
        427 Baltic St., Apt. 4E
        Brooklyn, NY 11217

Dated:    New York, NY
            June 18, 2008

                                                  Bradford C. Patrick
                                                  Assistant Corporation Counsel
                                                  Special Federal Litigation

Index No. 07 Civ. 9788 (PAC)(MHD)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARRIUS REID,

                              Plaintiff,

-against-

NEW YORK CITY, NEW YORK POLICE DEPARTMENT, 5 JOHN DOE POLICE OFFICERS FROM 14TH PRECINCT,

                              Defendants.

**NOTICE OF MOTION AND DECLARATION OF BRADFORD C. PATRICK IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 37(b)(2) and 41(b)**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendants City of New York and New York City Police Department*
*100 Church Street*
*New York, N.Y. 10007*

*Of Counsel: Bradford C. Patrick*
*Tel: (212) 788-1575*
*NYCLIS No.2008-000753*

*Due and timely service is hereby admitted.*

*New York, N.Y. ............................................., 200......*

*............................................................................ Esq.*

*Attorney for ..................................................................*